Order entered October 9 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00541-CR

**KENNETH FITZGERALD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th District Court**
**Dallas County, Texas**
**Trial Court Cause No. F92-73565-Q**

## ORDER

The Court has received appellant's brief. In his first issue, appellant complains of the loss of the record from the original plea hearing he received a probated sentence. In the brief, appellant references a letter from court reporter Marissa Garza that states Don Hardy recorded the May 28, 1993 plea hearing, Mr. Hardy has died, and she cannot locate the record. Appellant's counsel also filed a letter stating he could not agree to a substituted record. This Court, however, has not ordered the trial court to make findings, required by Texas Rule of Appellate Procedure 34.6(f) in regards to the missing record.

Accordingly, pursuant to rule 34.6(f), we **ORDER** the trial court to make findings regarding the following:

- Whether appellant timely requested preparation of the record from the May 28, 1993 hearing.

- Whether the notes of the notes of the hearing taken by Mr. Hardy have been lost or destroyed or whether they can be retrieved and transcribed.

- If the notes have been lost or destroyed, whether appellant is at fault for the loss or destruction of the record.

- Whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing its findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty days from the date of the order or when the findings are received.

DAVID L. BRIDGES
JUSTICE